UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
ERICA MELENDEZ, on behalf of herself and all other persons similarly situated,

                         Plaintiff,

    -against-

GLL ORTEGA CORP. d/b/a GUSTO LATINO BAR & RESTAURANT, RAMON ORTEGA, and NIEVES D. ORTEGA,

                         Defendants.
------------------------------------------------------------------------X

Docket No.: 23-CV-5033 (SJB)(JMW)

**NOTICE OF MOTION FOR DEFAULT JUDGMENT PURSUANT TO FED. R. CIV. P. 55**

      **PLEASE TAKE NOTICE** that upon the annexed Declaration of Matthew J. Farnworth, Esq. and all exhibits attached thereto, Plaintiff's memorandum of law, and upon all prior pleadings and proceedings herein, the undersigned shall move this Court on a date and time to be determined by the Court, at the United States Courthouse for the Eastern District of New York, located at 100 Federal Plaza, Central Islip, New York 11722, for an Order, pursuant to Fed. R. Civ. P. 55: (1) entering a default judgment in Plaintiff's favor against Defendants GLL ORTEGA CORP. d/b/a GUSTO LATINO BAR & RESTAURANT, RAMON ORTEGA, and NIEVES D. ORTEGA; (2) awarding Plaintiff damages of $11,070.00 for unpaid overtime wages under the FLSA and NYLL and unpaid minimum wage and spread of hours compensation under the NYLL; (3) awarding Plaintiff damages of $11,070.00 for liquidated damages under the NYLL; (4) awarding Plaintiff damages of $5,000.00 for violations of NYLL § 195(1); (5) awarding Plaintiff damages of $5,000.00 for violations of NYLL § 195(3); (7) awarding Plaintiff's counsel attorneys' fees in the amount of $11,135.00, (8) awarding Plaintiff's counsel advanced litigation expenses in the amount of $831.12, (9) awarding pre-judgment interest under the NYLL; (10) awarding post-judgment interest under federal law; (11) alternatively, scheduling an evidentiary hearing to establish the

amount of damages owed to Plaintiff; and (12) granting such other and further relief as the Court deems just and proper.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Rule 6.1(b) and 6.4 of the Local Rules of the Eastern District of New York, Defendants' opposition papers, if any, are to be served on or before October 1, 2025; and Plaintiff's reply papers, if any, are to be served on or before October 8, 2024.

Dated: Hauppauge, New York
September 17, 2025

By: *[signature: M. J. Farnworth]*

ROMERO LAW GROUP PLLC
*Attorneys for Plaintiff*
490 Wheeler Road, Suite 277
Hauppauge, New York 11788
Tel.: (631) 257-5588

MATTHEW J. FARNWORTH, ESQ.
PETER A. ROMERO, ESQ.

TO: GLL Ortega Corp. d/b/a Gusto
Latino Bar & Restaurant
387 Fulton Avenue
Hempstead, New York 11550

Ramon Ortega
387 Fulton Avenue
Hempstead, New York 11550

Ramon Ortega
81 Guy Lombardo Avenue
Freeport, New York 11520

Nieves D. Ortega
387 Fulton Avenue
Hempstead, New York 11550

Nieves D. Ortega
81 Guy Lombardo Avenue
Freeport, New York 11520